**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:  *Phiroz Meherwan Boyce v. Zarine Boyce*

Appellate case number:  01-21-00166-CV

Trial court case number:  474053

Trial court:  Probate Court No. 2 of Harris County

Date motion filed:  December 20, 2022

Party filing motion:  Appellant

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/  April L. Farris
☐ Acting Individually ☒ Acting for the Court

The En Banc Court consists of Chief Justice Adams and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:  January 26, 2023